RECEIVED
IN LAKE CHARLES, LA
JUL 28 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| TYRONE LOWERY | CIVIL ACTION NO. 04-1216-LC |
| VS. | SECTION P |
| SULPHUR POLICE DEPT., ET AL. | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint against all defendants, with the exception of plaintiff's excessive force claim against Defendant Duhon, be **DISMISSED WITH PREJUDICE** as frivolous and as failing to state a claim upon which relief may be granted under 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED** in Chambers at Lake Charles, Louisiana, this 27 day of July, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE